IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRISTA MARCINIAK,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>METLSAW SYSTEMS, INC., a foreign corporation,<br><br>　　　　　　　Defendant. | Case No.: 1:21-cv-3986 |

**NOTICE OF REMOVAL**

　　Defendant, Metlsaw Systems, Inc., pursuant to 28 U.S.C. § 1446 and the Local Rules of the United States District Court for the Northern District of Illinois, notifies this Honorable Court that the above-entitled cause has been removed from the Circuit Court of Cook County, County Department, Law Division, to the United States District Court for the Northern District of Illinois, Eastern Division, and in support thereof, states as follows:

**Statement of the Case**

　　1.　　On June 17, 2021, Plaintiff, Krista Marciniak, filed a complaint in the Circuit Court of Cook County, Illinois, Law Division, alleging personal injuries, including partial amputation of two fingers, as a result of an incident while using a Metlsaw Precision Plate Saw, while working at Alro Steel Corporation. (See Plaintiff's Complaint attached as Exhibit A.)

　　2.　　Metlsaw Systems Inc. was served on June 28, 2021.

**Diversity Jurisdiction Under 28 U.S.C. § 1332(a)**

　　3.　　This action is one over which the Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and may be removed to this Court pursuant to the provisions of 28 U.S.C. §

1441 because it is a civil action wherein the matter in controversy exceeds the sum or value of $75,000 exclusive of interests and costs, and is between citizens of different states.

    4.    Complete diversity exists between the parties because:

        (A)    Upon information and belief, Plaintiff, Krista Marciniak, is a natural person domiciled in the State of Illinois;

        (B)    Defendant Metlsaw Systems, Inc. is corporation organized under the laws of the State of California, with its principal place of business also in the State of California.

            i) Defendant Metlsaw Systems, Inc. is a 100% owned subsidiary of Rowan Technologies, Inc., a Delaware Corporation.

    5.    Plaintiff's counsel has advised Defense counsel that Plaintiff is seeking damages in excess of $75,000, exclusive of interest and costs, based upon the allegations in her complaint which seek damages in excess of $50,000 for severe and permanent injuries of a personal and pecuniary nature including lost wages, past and future medical expenses. *See* Ex. A at ¶ 10.

    6.    Consequently, proper diversity of citizenship exists between the parties as required under 28 U.S.C. § 1332, and the amount in controversy in this case exceeds the jurisdictional limit of $75,000.00, exclusive of interest and costs.

    7.    The requisite elements of jurisdiction have been satisfied and diversity of the parties exists which entitles the Defendant to remove this action to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §§ 1332 and 1446.

    WHEREFORE, the Defendant, Metlsaw Systems, Inc., notifies this Court that this cause has been removed from the Circuit Court of Cook County, Illinois, County Department, Law Division, to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to

the provisions of 28 U.S.C. § 1446 and the Local Rules of the United States District Court of the Northern District of Illinois.

                        Respectfully submitted,

                        By: */s/ Craig M. Derrig*
                            Craig M. Derrig, ARDC #6277369
                            Natalie Martello, ARDC #6328566
                            WOOD SMITH HENNING & BERMAN, LLP
                            222 South Riverside Plaza
                            Suite 640
                            Chicago, IL 60606
                            312-766-4450 (p)
                            312-766-4451 (f)
                            cderrig@wshblaw.com
                            nmartello@wshblaw.com
                            ***Attorneys for Metlsaw Systems, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of July 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

Further, the undersigned certifies that a true and correct copy of the foregoing instrument was served on the attorneys of record at their respective business e-mail addresses indicated below on this 27th day of July 2021:

Vincent Petrosino, Serpico
Petrosino, DiPiero & O'Shea, Ltd.
218 N. Jefferson Street, Suite 101
Chicago, Illinois 60661
P: (312) 207-0000
Firm No. 57541
aplanera@snnlaw.com
petros@snnlaw.com
mhirschfield@snnlaw.com
*Attorneys for Plaintiff*

By: */s/ Craig M. Derrig*