FILED DATE: 6/17/2021 2:05 PM 2021L006253

FILED
6/17/2021 2:05 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
13728175

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| KRISTA MARCINIAK, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No.: 2021L006253 |
| | ) |
| METLSAW SYSTEMS, INC., a foreign corporation, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT AT LAW

### COUNT I
### Product/Strict Liability

NOW COMES the Plaintiff, KRISTA MARCINIAK, by and through her attorneys, SERPICO, PETROSINO, DIPIERO & O'SHEA, LTD., and complaining of the Defendant, METLSAW SYSTEMS, INC., a foreign corporation, alleges and says:

1. That on and prior to September 16, 2019, the Defendant, METLSAW SYSTEMS, INC., (hereinafter referred to as "METLSAW"), was a foreign corporation existing and doing business in the State of Illinois.

2. That on and prior to September 16, 2019, the Defendant, METLSAW, designed, manufactured, assembled, distributed, sold, installed, and maintained a certain Metlsaw Precision Plate Saw NF12-T10 FOR 12' SN: 0759 (hereinafter referred to as "Precision Plate Saw") machine to Alro Steel Corporation, located at or near 4501 James Place, Melrose Park, IL 60160.

3. That at some time prior to September 16, 2019, Defendant, METLSAW, sold, installed and assembled the said Precision Plate Saw to Alro Steel Corporation, and trained its employees before placing the Precision Plate Saw into operation.

4. That at all times relevant to this cause of action, the Plaintiff was in the process of operating and cutting sheets of steel in accordance with proper procedure, and in the manner that

1

**EXHIBIT A**

it was intended.

5. That on or about September 16, 2019, due to the lack of safety measures and safe guarding precautions in place when operating the Precision Plate Saw, the Plaintiff's right hand became vacuumed towards the arbor opening causing Plaintiff's index and middle fingers to become partially severed by the rotating saw blade of the Precision Plate Saw, as will be more specifically alleged hereinafter.

6. That at all the time relevant herein the Defendant, METLSAW SYSTEMS, INC., had a duty to design, manufacture, assemble, distribute, install and sell its Precision Plate Saw in a reasonably safe operating condition and in a condition that was not unreasonably dangerous for its intended use.

7. That on and prior to September 16, 2019, and at the time the subject Precision Plate Saw left the control of the Defendant, it was unsafe and unreasonably dangerous in one or more of the following manners:

   a. The Precision Plate Saw was improperly designed, manufactured, sold, installed and assembled, so as to make it unfit and unsafe for its intended use in that the rotating saw blade in which the metal is fed was not equipped with safeguarding technologies and safety mechanisms to protect persons, including the Plaintiff, who are operating the machine from getting pulled into, or coming into contact with, the moving blade;

   b. The Precision Plate Saw was improperly designed, manufactured, sold, installed and assembled, so as to make it unfit and unsafe for its intended use in that it lacked and was not equipped with guards, shields, curtains and/or other safeguarding technologies;

   c. The Precision Plate Saw was improperly designed, manufactured, sold and assembled with no or inadequate warnings and/or instructions so as to ensure its safe and proper use, in that the said rotating blade of the machine did not have a safety cut off mechanism in the event something or some part of a person, including the Plaintiff, were pulled into the machine;

   d. The Precision Plate Saw was improperly designed, manufactured, sold, installed and assembled in that it did not have instructions and/or warnings conspicuously posted to ensure its safe and proper operation, specifically while adjusting metal

being fed or removing metal from cutting area of the Precision Plate Saw;

e. The Precision Plate Saw was improperly designed, manufactured, sold, installed and assembled in that the Defendant failed to ensure that persons, including the Plaintiff, using said Precision Plate Saw, were properly trained and/or instructed on the proper procedures to operate, remove metal and feed and/or adjust the metal being fed into the subject Precision Plate Saw;

f. The Precision Plate Saw was improperly designed, manufactured, sold, installed and assembled in that the saw blade failed to sufficiently retract in a safe manner back into the arbor opening so as to avoid injuries to persons operating the machine, including the Plaintiff;

g. The Precision Plate Saw was improperly designed, manufactured, sold, installed and assembled in that the rotating saw blade was installed without safety mechanisms stopping the blade from rotating when it retracted into the arbor so as to avoid injuries to persons operating the machine, including the Plaintiff; and

h. The Precision Plate Saw was improperly designed, manufactured, sold, installed and assembled in that Defendant failed to provide a guard, shield, or other safety mechanisms so that persons, including the Plaintiff, could safely operate the machine and/or adjust metal being fed into the Precision Plate Saw without sustaining injuries.

8. That said defects existed from the time said Precision Plate Saw machine left the control of the Defendant and was placed into the stream of commerce until the time of the subject incident.

9. That, as a direct and proximate result of one or more of the aforesaid wrongful acts and/or omissions of the Defendant, the Plaintiff was then and there injured, both externally and internally, and she has suffered a severe shock to her nervous system and bruises and contusions and lacerations to her body, and broken bones, and sustained serious aggravation to pre-existing injuries and ailments, and she has become and was sick and disabled and will in the future suffer great pain and discomfort and physical impairment, all of which injuries are permanent and she has been and will be kept from attending to her ordinary affairs and duties, and has lost and will in the future lose great gains which she otherwise would have made and acquired, and has become liable for large sums of money for medical and hospital care and attention, and she has suffered

great losses to her personal property and possessions.

WHEREFORE, the Plaintiff, KRISTA MARCINIAK, asks judgment against the Defendant, METLSAW SYSTEMS, INC., a foreign corporation, in a sum in excess of Fifty Thousand ($50,000.00) Dollars plus the costs of this suit.

## COUNT II
### Product/Negligence

NOW COMES the Plaintiff, KRISTA MARCINIAK, by and through her attorneys, SERPICO, PETROSINO, DIPIERO & O'SHEA, LTD., and complaining of the Defendant, METLSAW SYSTEMS, INC., a foreign corporation, alleges and says:

1. That on and prior to September 16, 2019, the Defendant, METLSAW SYSTEMS, INC., (hereinafter referred to as "METLSAW"), was a foreign corporation existing and doing business in the State of Illinois.

2. That on and prior to September 16, 2019, the Defendant, METLSAW, designed, manufactured, assembled, distributed, maintained and/or sold a certain industrial size Metlsaw Precision Plate Saw NF12-T10 FOR 12' SN: 0759 (hereinafter referred to as "Precision Plate Saw") machine to Alro Steel Corporation, located at or near 4501 James Place, Melrose Park, IL 60160.

3. That at some time prior to September 16, 2019, Defendant, METLSAW, sold, installed and assembled the said industrial size Precision Plate Saw machine to Alro Steel Corporation, and trained its employees before placing the Precision Plate Saw into operation.

4. That at all times relevant to this cause of action, the Plaintiff was in the process of operating and cutting sheets of steel in accordance with proper procedure, and in the manner that it was intended.

5. That on or about September 16, 2019, due to the lack of safety measures and safe

4

guarding precautions in place when operating the Precision Plate Saw, the Plaintiff's right hand became vacuumed towards the arbor opening causing Plaintiff's index and middle fingers to become partially severed by the rotating saw blade of the Precision Plate Saw, as will be more specifically alleged hereinafter.

6. That at all times relevant to this cause of action, the Plaintiff was in the process of operating and cutting sheets of steel in the designated area of the subject Precision Plate Saw, and in the exercise of ordinary care and caution of her own safety.

7. That at all the time relevant herein the Defendant, METLSAW, had a duty to operate, design, manufacture, assemble, distribute and sell said Precision Plate Saw in a reasonably safe operating condition and in a condition that was not unreasonably dangerous for its intended use and to train Alro Steel Corporation employees on the safe and proper operation of said machine.

8. That notwithstanding their aforesaid duties, the Defendant, was then and there guilty of one or more of the following wrongful acts and/or omission:

    a. Carelessly and negligently improperly designed, manufactured, sold, installed and assembled the Precision Plate Saw, so as to make it unfit and unsafe for its intended use in that the rotating saw blade in which the metal is fed was not equipped with safeguarding technologies and safety mechanisms to protect persons, including the Plaintiff, who are operating the machine from getting pulled into, or coming into contact with, the moving blade;

    b. Carelessly and negligently improperly designed, manufactured, sold, installed and assembled the Precision Plate Saw, so as to make it unfit and unsafe for its intended use in that it lacked and was not equipped with guards, shields, curtains and/or other safeguarding technologies;

    c. Carelessly and negligently improperly designed, manufactured, sold and assembled the Precision Plate Saw with no or inadequate warnings and/or instructions so as to ensure its safe and proper use, in that the said rotating blade of the machine did not have a safety cut off mechanism in the event something or some part of a person, including the Plaintiff, were pulled into the machine;

    d. Carelessly and negligently improperly designed, manufactured, sold, installed and assembled the Precision Plate Saw in that it did not have instructions and/or

FILED DATE: 6/17/2021 2:05 PM 2021L006253

FILED DATE: 6/17/2021 2:05 PM  2021L006253

warnings conspicuously posted to ensure its safe and proper operation, specifically while adjusting metal being fed or removing metal from cutting area of the Precision Plate Saw;

e. Carelessly and negligently improperly designed, manufactured, sold, installed and assembled the Precision Plate Saw, in that the Defendant failed to ensure that persons, including the Plaintiff, using the Precision Plate Saw, were properly trained and/or instructed on the proper procedures to operate, remove metal and feed and/or adjust the metal being fed into the subject Precision Plate Saw;

f. Carelessly and negligently improperly designed, manufactured, sold, installed and assembled the Precision Plate Saw, in that the saw blade failed to sufficiently retract in a safe manner back into the arbor opening so as to avoid injuries to persons operating the machine, including the Plaintiff;

g. Carelessly and negligently improperly designed, manufactured, sold, installed and assembled the Precision Plate Saw in that the rotating saw blade was installed without safety mechanisms stopping the blade from rotating when it retracted into the arbor so as to avoid injuries to persons operating the machine, including the Plaintiff, when Defendant knew or should have known that such persons could become injured by said Precision Plate Saw;

h. Carelessly and negligently improperly designed, manufactured, sold, installed and assembled the Precision Plate Saw, in that Defendant failed to provide a guard, shield, or other safety mechanisms, so that persons, including the Plaintiff, could safely operate the machine and/or adjust metal being fed into the machine without sustaining injuries, so as to avoid injuries to persons operating the machine, including the Plaintiff;

i. Carelessly and negligently failed to properly train operating and maintenance personnel on the proper and safe operation of the subject Precision Plate Saw prior to commissioning and placing it into regular operation or production;

j. Carelessly and negligently commissioned and placed the subject Precision Plate Saw into operation and production before ensuring that it was safe and fit for use by the operators and other personnel; and\

k. Was otherwise careless and negligent.

9. That, as a direct and proximate result of one or more of the aforesaid wrongful acts and/or omissions of the Defendant, the Plaintiff was then and there injured, both externally and internally, and she has suffered a severe shock to her nervous system and bruises and contusions and lacerations to her body, and broken bones, and sustained serious aggravation to pre-existing injuries and ailments, and she has become and was sick and disabled and will in the future suffer

great pain and discomfort and physical impairment, all of which injuries are permanent and she has been and will be kept from attending to her ordinary affairs and duties, and has lost and will in the future lose great gains which she otherwise would have made and acquired, and has become liable for large sums of money for medical and hospital care and attention, and she has suffered great losses to her personal property and possessions.

WHEREFORE, the Plaintiff, KRISTA MARCINIAK, asks judgment against the Defendant, METLSAW SYSTEMS, INC., a foreign corporation, in a sum in excess of Fifty Thousand ($50,000.00) Dollars plus the costs of this suit.

Respectfully submitted,

SERPICO, PETROSINO, DI PIERO & O'SHEA, LTD.

By: _____
Vincent Petrosino

Mr. Vincent Petrosino
Serpico, Petrosino, DiPiero & O'Shea, Ltd.
218 N. Jefferson Street
Suite 101
Chicago, IL. 60661
Phone No.: 312-207-0000
Attorney No.: 57541
aplanera@snnlaw.com
petro@snnlaw.com
mhirschfield@snnlaw.com

FILED DATE: 6/17/2021 2:05 PM 2021L006253

## CERTIFICATION

Under penalties as provided by law pursuant to 735 ILCS 5/1-109 the undersigned, VINCENT PETROSINO, certifies that I have reviewed the facts of this matter and believe the Plaintiff's claim exceeds Fifty Thousand ($50,000) Dollars.

By: _____
VINCENT PETROSINO

SERPICO, PETROSINO, DI PIERO & O'SHEA, LTD.
Attorney for the Plaintiff
218 N. Jefferson Street
Suite 101
Chicago, Illinois 60661
(312) 207-0000
Atty No.: 57541
e-mail: aplanera@snnlaw.com
mhirschfield@snnlaw.com
petro@snnlaw.com

8